Certificate Number: 05781-WIE-DE-041469084

Bankruptcy Case Number: 26-24180

05781-WIE-DE-041469084

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 21, 2026, at 12:29 o'clock PM PDT, Csassadra Van Auken completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

Date: September 21, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President